| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SONYA MARTIN<br>18034 VENTURA BLVD<br>634<br>ENCINO, CA 91316<br>SONYNOTICE@YAHOO.COM | |
| ☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SONYA MARTIN, | CASE NO.: 2:23-BK-10873-BB |
|---|---|
| | ADVERSARY NO.: 2:23-AP-01106-BB |
| | CHAPTER: 7 |
| Debtor(s). | |

| SONYA MARTIN, | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]** |
|---|---|
| Plaintiff(s).<br>vs.<br>UNITED STATES DEPARTMENT OF EDUCATION, | DATE: 11/28/2023<br>TIME: 2:00pm<br>COURTROOM: Bankruptcy Court, Central District, Room 1539<br>ADDRESS: 255 E Temple St, #1539<br>Los Angeles, CA 90012 |
| Defendant(s). | |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes   ☐ No
2. Have all parties filed and served answers to the Claims Documents?   ☐ Yes   ☒ No
3. Have all motions addressed to the Claims Documents been resolved?   ☐ Yes   ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?   ☐ Yes   ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015 — Page 1 — F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):
I am awaiting response to the complaint and summons submitted the courts on October 5th, 2023.

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

    | Plaintiff | Defendant |
    |---|---|
    | Ready to start 11/9/2023 | July 31, 2024 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    | Plaintiff | Defendant |
    |---|---|
    | n/a | To complete the DOJ/Education Attestation process, or, if unsuccessful, to complete formal discovery |

3. When do you expect to complete your discovery efforts?

    | Plaintiff | Defendant |
    |---|---|
    | within 14 days | May 31, 2024 |

4. What additional discovery do you require to prepare for trial?

    | Plaintiff | Defendant |
    |---|---|
    | access to US Dept of Education orginial signed loan documents along with any and all additional documentation on file for the school loans | Written discovery responses, depositions and third-party subpoenas, if applicable |

C. **TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

    | Plaintiff | Defendant |
    |---|---|
    | TBD | Unknown at this time |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

    | Plaintiff | Defendant |
    |---|---|
    | TBD | Unknown at this time |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015* — Page 2 — F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| TBD | Unknown at this time |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>
Pretrial conference ☐ is ☒ is not  requested
Reasons:

<u>Defendant</u>
Pretrial conference ☒ is ☐ is not  requested
Reasons:
To narrow the scope of issues for trial

<u>Plaintiff</u>
Pretrial conference should be set <u>after</u>:
(*date*) _____

<u>Defendant</u>
Pretrial conference should be set <u>after</u>:
(*date*) 06/15/2024

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

    PLAINTIFF: none has been made. I am asking for full relief.
    DEFENDANT: The parties are pursuing the DOJ/Education Attestation process.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>    ☐ Yes    ☒ No

<u>Defendant</u>    ☐ Yes    ☒ No

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

| | |
|---|---|
| Date: 11/13/2023 | Date: 11/10/2024 |
| PRO-SE | U.S. ATTORNEY'S OFFICE |
| Printed name of law firm | Printed name of law firm |
| *[signature]* | *Elan S. Levey* |
| Signature | Signature |
| SONYA MARTIN | ELAN S. LEVEY |
| Printed name | Printed name |
| Attorney for: PRO-SE (SONYA MARTIN) | Attorney for: U.S. DEPARTMENT OF EDUCATION |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
31220 W Oak Crest Dr.
Westlake Village, CA 91361

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/13/23 _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Civil Process Clerk
Office of the United States Attorney
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012

Attorney General United States
U.S. Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044

Department of Education
Office of General Counsel
400 Maryland Ave., SW, Room 6E353
Washington, D.C. 20202

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

11/13/2023    Zad Pasha    [signature]
Date    Printed Name    Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.